JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-2-12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BOTELLO,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>FERNANDO GONZALEZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-5714-AG (JPR)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 31, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY