JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY ~Petitioner~
FIRST CLASS MAIL POSTAGE PREPAID, TO ~ALL COUNSEL~
~(OR PARTIES)~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: ____4·2·12____

DEPUTY CLERK

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

   APR - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JESUS BOTELLO,                    ) Case No. CV 11-5714-AG (JPR)
                                  )
                  Petitioner,     )
                                  )       J U D G M E N T
          vs.                     )
                                  )
FERNANDO GONZALEZ, Warden,        )
                                  )
                  Respondent.     )
                                  )
                                  )
_____ )

     Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed without
prejudice.


DATED: March 31, 2012

                              _____
                              ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE

```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

   APR - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

3